```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 05867
    CAROLYN WEST
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

            Debtor
    SSN XXX-XX-4007


-----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 04/02/2007 and was confirmed 06/28/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  82.31% from remaining funds.

     The case was converted to chapter 7 after confirmation 11/14/2008.
-----------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT   INTEREST    PRINCIPAL
                                                            PAID         PAID
-----------------------------------------------------------------------
WASHINGTON MUTUAL           CURRENT MORTG        .00           .00          .00
WASHINGTON MUTUAL           MORTGAGE ARRE    3138.54           .00      3138.54
CODILIS & ASSOCIATES ^      NOTICE ONLY     NOT FILED          .00          .00
WASHINGTON MUTUAL           NOTICE ONLY     NOT FILED          .00          .00
SEVENTH AVENUE              UNSECURED         478.43           .00        88.54
AMERICAN GENERAL FINANCE    UNSECURED       NOT FILED          .00          .00
AMERICREDIT FINANCIAL SV    UNSECURED        3685.60           .00       682.07
AMERICREDIT                 NOTICE ONLY     NOT FILED          .00          .00
LAWRENCE FRIEDMAN PC        NOTICE ONLY     NOT FILED          .00          .00
VERGROFF WILLIAMS & ASSO    NOTICE ONLY     NOT FILED          .00          .00
PALISADE COLLECTION         UNSECURED         916.14           .00       169.53
AT & T WIRELESS             NOTICE ONLY     NOT FILED          .00          .00
PALISADES COLLECTIONS       NOTICE ONLY     NOT FILED          .00          .00
BLAIR CORPORATION           UNSECURED       NOT FILED          .00          .00
PORTFOLIO RECOVERY ASSOC    UNSECURED        1431.61           .00       264.93
CAPITAL ONE BANK            NOTICE ONLY     NOT FILED          .00          .00
COMCAST CABLE COMMUNICAT    UNSECURED       NOT FILED          .00          .00
DR MANSOUR MALCHIOUF        UNSECURED       NOT FILED          .00          .00
JAYHAWK ACCEPTANCE CORPO    NOTICE ONLY     NOT FILED          .00          .00
CBA COLLECTION BUREAU OF    UNSECURED       NOT FILED          .00          .00
ELAN/FIRSTAR CARD SERVIC    UNSECURED       NOT FILED          .00          .00
ECAST SETTLEMENT CORP       UNSECURED         674.09           .00       124.75
PORTFOLIO RECOVERY ASSOC    UNSECURED        1234.09           .00       228.39
FIRST SELECT                NOTICE ONLY     NOT FILED          .00          .00
GREAT AMERICAN FINANCE      UNSECURED       NOT FILED          .00          .00
GREAT AMERICAN FINANCE      NOTICE ONLY     NOT FILED          .00          .00
MAX FLOW CORP               UNSECURED         602.84           .00       111.55
MIDLAND FINANCE COMPANY     UNSECURED       NOT FILED          .00          .00
ORCHARD BANKCARD SERVICE    UNSECURED       NOT FILED          .00          .00
PROVIDIAN NATIONAL BANK     UNSECURED       NOT FILED          .00          .00
RUSH UNIVERSITY             UNSECURED       NOT FILED          .00          .00
MONOGRAM CREDIT CARD BAN    UNSECURED       NOT FILED          .00          .00

                      PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 07 B 05867 CAROLYN WEST
```

```
AT & T BANKRUPCTY          UNSECURED           162.04              .00           18.98
SBC                        NOTICE ONLY     NOT FILED               .00             .00
SPIEGEL                    UNSECURED       NOT FILED               .00             .00
WELLS FARGO BANK NA        UNSECURED       NOT FILED               .00             .00
WORLD FINANCIAL NETWORK    UNSECURED            71.16              .00             .00
WORLD ASSET PURCHASING L   UNSECURED           121.23              .00           18.31
ECAST SETTLEMENT CORP      UNSECURED           637.13              .00          117.90
ER SOLUTIONS INC           UNSECURED       NOT FILED               .00             .00
ER SOLUTIONS INC           UNSECURED           649.15              .00          120.14
JOSEPH WROBEL              DEBTOR ATTY       2,215.00                         2,215.00
TOM VAUGHN                 TRUSTEE                                              571.84
DEBTOR REFUND              REFUND                                               422.21

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                8,292.68

PRIORITY                                             .00
SECURED                                         3,138.54
UNSECURED                                       1,945.09
ADMINISTRATIVE                                  2,215.00
TRUSTEE COMPENSATION                              571.84
DEBTOR REFUND                                     422.21
                      ---------------        ---------------
TOTALS                 8,292.68                 8,292.68
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                /s/ Tom Vaughn
     Dated: 02/24/09          _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE




                             PAGE   2
         CASE NO. 07 B 05867 CAROLYN WEST